UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

MANUEL HERNAN GRANDA,

        Plaintiff,

- against -

US CITIZENSHIP AND IMMIGRATION
SERVICES ("USCIS");
MARY ANN GANTNER, Interim District
Director, USCIS, New York District,

        Defendants.

------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 8, 2005 ★

TIME A.M. _____ P.M. _____

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. CV-04-3740

(Korman, J.)
(Pohorelsky, M.J.)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
June 27, 2005

Attorney for the Plaintiff

*[signature]*

DANIEL SHABASSON, ESQ.
Pollack, Pollack, Isaac & Decicco
225 Broadway, Suite 307
New York, New York 10007

Dated: New York, New York
June 29, 2005

Attorney for the Defendants

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: *[signature]*
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
July 1, 2005

s/Edward R. Korman

HONORABLE EDWARD R. KORMAN
United States District Judge